1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6           FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   MARIO GARCIA PADILLA,            1:06-CV-0587 AWI WMW HC

9          Petitioner,

10      vs.                   ORDER TO SUBMIT
                             APPLICATION TO PROCEED

11   K. MENDOZA-POWERS,          IN FORMA PAUPERIS
                             **OR** FILING FEE

12          Respondent.

13       _____/

14            Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas

15 corpus pursuant to 28 U.S.C. § 2254. The petition was originally filed on February 23, 2006, in the

16 United States District Court for the Central District of California. It was ordered transferred to the

17 Fresno Division on March 9, 2006, and received in this Court on May 15, 2006. Petitioner has not paid

18 the $5.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form

19 pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

20            1. The Clerk's Office shall send to petitioner the form for application to proceed in forma

21 pauperis.

22            2. Within thirty days of the date of service of this order, petitioner shall submit a

23 completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

24 action. Failure to comply with this order will result in a recommendation that this action be dismissed.

25 IT IS SO ORDERED.

26 **Dated:   May 26, 2006**          _____**/s/ William M. Wunderlich**_____
    bl0dc4                    UNITED STATES MAGISTRATE JUDGE

27

28