IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GARCIA PADILLA, | 1:06-CV-0587 AWI WMW HC |
| Petitioner, | |
| vs. | ORDER VACATING ORDER OF MAY 30, 2006 |
| K. MENDOZA-POWERS, Warden, | (DOCUMENT #3) |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 30, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. On June 13, 2006, petitioner submitted a letter with the court, providing evidence that he had paid the $5.00 filing fee for this case at the United States District Court in the Central District of California. Accordingly, good cause having been provided to the court, and good cause appearing, IT IS HEREBY ORDERED THAT the court's order of May 30, 2006, entitled "Order to Submit Application to Proceed in Forma Pauperis or filing fee," is VACATED in its entirety.

IT IS SO ORDERED.

**Dated:   July 31, 2006**            /s/  William M. Wunderlich
bl0dc4                                 UNITED STATES MAGISTRATE JUDGE