UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO GARCIA PADILLA, | ) | 1:06-CV-0587 AWI WMW (HC) |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER |
| K. MENDOZA-POWERS, | ) | (DOCUMENT #7) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 31, 2007, petitioner filed a motion to extend time to file an answer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file an answer. IT IS SO ORDERED.

**Dated:    June 25, 2007**                         /s/  **William M. Wunderlich**
                                                                UNITED STATES MAGISTRATE JUDGE