UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO GARCIA PADILLA,

    Petitioner,                                          No. C -06-0587 CRB

    v.                                               **CLERK'S NOTICE**

K. MENDOZA-POWERS, Warden,

    Respondent.
_____/

    THE PARTIES ARE HEREBY NOTIFIED that this case has been reassigned to the Honorable CHARLES R. BREYER.  Judge Breyer sits in the Northern District of California, but has been temporarily designated to sit in the Eastern District.  DEFENDANT(S) ARE HEREBY NOTIFIED THAT EFFECTIVE IMMEDIATELY courtesy chambers copies of all documents that defendant(s) file and/or lodge in this case must be delivered to Judge Breyer's chambers by noon the following day at the address below:

> HONORABLE CHARLES R. BREYER
> United States District Court
> Northern District of California
> 450 Golden Gate Ave., 19th Floor
> San Francisco, CA  94102

> Richard W. Wieking
> Clerk, U.S. District Court
>
> by: _____
> Barbara Espinoza, Deputy Clerk
> Honorable CHARLES R. BREYER
> (415) 522-2062

Dated: February 9, 2009