IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GARCIA PADILLA, | No. C 06-00587 CRB |
| Petitioner, | **JUDGMENT** |
| v. | |
| K. MENDOZA-POWERS, | |
| Respondent. / | |

The Court having denied the petition for writ of habeas corpus, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: April 3, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0587ed\judgment.frm