IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GARCIA PADILLA, | No. C 06-587 CRB |
| Petitioner, | **CERTIFICATE OF APPEALABILITY** |
| v. | |
| K. MENDOZA-POWERS, | |
| Respondent. | |

The Court denied Mario Garcia Padilla's petition for habeas corpus. Pursuant to 28 U.S.C. section 2253 the Court concludes that petitioner has not made a substantial showing of a denial of a constitutional right with respect to the denial of parole.

**IT IS SO ORDERED.**

Dated: April 20, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0587ed\orderdenyingcoa.wpd